In the Matter of the Application of FRANK GENTNER, Petitioner, against GROVER A. WHALEN, Police Commissioner, etc., and NELSON RUTTENBERG, Fourth Deputy Police Commissioner, etc., Respondents.— Order of certiorari dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to respondents. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

FRANK BERNHARD, Respondent, v. ROBERT PAWLEY SAMWORTH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

LOUIS CASS and Others, Respondents, v. ALBERT W. WERTSCH and WILLIAM J. LANE, INC., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

E. MACHSON & CO., INC., Appellant, v. IRVING TRUST COMPANY, Individually and as Executor and/or Trustee of the Estate of JOHN S. MATTHEWS, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

ANNA MIRTL, Respondent, v. JULIUS H. LEHMANN and JOHN F. HERRGOTT, Appellants.— Judgment reversed and a new trial ordered, with costs to appellants to abide the event, unless plaintiff stipulate to reduce the judgment as entered to the sum of $4,153; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GASPARO OCCHIUTO, Respondent, v. MARY MANSUETO and Others, Defendants, Impleaded with MARIA SCHISANO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MARIA SCHISANO, Appellant, v. MARY MANSUETO and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

JOHN ROBERT VAUGHN, an Infant, by ELLEN VAUGHN, His Guardian ad Litem, and JOHN JOSEPH VAUGHN, Respondents, v. MOLLY STRAUSS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. TIER REALTY CORPORATION and Others, Defendants, Impleaded with LONGACRE-FOX SASH AND DOOR CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MILTON COHEN and ADA E. COHEN, Respondents, v. MARYLAND CASUALTY COMPANY, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MARION BUDD and WALTER BUDD, Respondents, v. JOSEPH BAER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.